717 F.2d 492
 Eva REHNER, Plaintiff-Appellant,
v.
Baxter RICE, Individually and as Director of the Department
of Alcoholic Beverage Control of the State of
California, Defendant-Appellee.
 No. 77-2409.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Feb. 10, 1983.
Decided Oct. 3, 1983.
 
 Stephan V. Quesenberry, Seattle, Wash., Art Bunce, Escondido, Cal., Indian Legal Services, for Rehner.
 William R. Winship, Jr., Alan S. Meth, San Diego, Cal., argued, for Rice; Evelle J. Younger, Atty. Gen., Sacramento, Cal., on brief.
 Before BROWNING, CHOY, GOODWIN, WALLACE, KENNEDY, TANG, FARRIS, PREGERSON, POOLE, CANBY, REINHARDT, Circuit Judges.
 
 ORDER
 
 1
 In accordance with the Supreme Court's decision in Rice v. Rehner, --- U.S. ----, 103 S.Ct. 3291, 77 L.Ed.2d 961 (U.S.1983), reversing and remanding 678 F.2d 1340 (9th Cir.1982), the judgment of the district court dismissing the complaint is AFFIRMED.